UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TONI M. FISHER,

                                    **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**(Major Disaster Fraud)**

On or about October 24, 2022, in Muskegon County, in the Western District of Michigan, Southern Division, and elsewhere,

**TONI M. FISHER**

knowingly made materially false, fictitious, and fraudulent statements and representations to the Federal Emergency Management Agency (FEMA), in an application for benefits authorized and paid with FEMA funds in connection with the Presidential declaration of a major disaster for the State of Florida (FEMA-4673-DR), dated September 29, 2022, under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5170.

Specifically, the defendant falsely claimed that her primary residence was 3001 Estero Blvd, Apt. F9, Fort Myers Beach, Florida at the time of Hurricane Ian on September 28, 2022; when in truth and in fact, the defendant's primary residence was in Muskegon County, Michigan at that time. As a result, the defendant received approximately $49,779.27 in emergency relief benefits to which she was not entitled.

18 U.S.C. § 1040(a)(2), (b)(3)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

NILS R. KESSLER
Assistant United States Attorney